October 25, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

MITCHELL ROBERT GOTTFRIED, Appellant

NO. 14-10-00645-CV                    V.

MARIE ANNETTE GOTTFRIED, Appellee

————————————————

This cause, an appeal from the judgment in favor of appellee, MARIE ANNETTE GOTTFRIED, signed June 10, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the trial court **AFFIRMED**.

We order appellant, MITCHELL ROBERT GOTTFRIED, to pay all costs incurred in this appeal. We further order this decision certified below for observance.